UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RICKY LAND,

                        Plaintiff,

        v.

D. KAUFMAN, et al.,

                        Defendants.

------------------------------------------------------------x

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8070 (GEL) (THK)

[Stamp: DATE FILED: 10/1/07]

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion: _____

      All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               October 1, 2007

                                                GERARD E. LYNCH
                                           United States District Judge