


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

November 20, 2007

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Via Fax (212)805-7932
Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Land v Kaufman, et. al.</u>
07CV8070(GEL)(THK)
Pro Se

Dear Judge Katz:

    This letter is written on behalf of defendants, New York State Corrections Officers David Kaufman and Michael J. Miller, employees of the New York State Department of Correctional Services ("DOCS"), respectfully to request an extension of time until December 21, 2007 to respond to the <u>pro se</u> complaint. Plaintiff, an inmate at Clinton Correctional Facility, alleges in this Section 1983 civil rights action that defendants used excessive force against him during an incident at Green Haven Correctional Facility on June 3, 2005. DOCS records reflect that both defendants were served with the complaint on November 2, 2007.

    The extension of time is being requested to enable counsel to obtain from DOCS and Green Haven documents necessary to determine whether to respond to the complaint by means of an answer or by motion to dismiss pursuant to Fed. R. Cv. P. 12(b)(6). No previous requests for such an extension have been made. I did not obtain plaintiff's consent prior to making this application because he is incarcerated.

**MEMO ENDORSED**

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212)416-8227

*The response to the Complaint shall be filed on or before December 21, 2007.*
*So ordered*
*Theodore H. Katz*
*USMJ*
*11/21/07*

c: Ricky Land
<u>Plaintiff pro se</u>
DIN # 01A4403
Clinton Correctional Facility
P.O. Box 2002
Dannemora, New York 12929

COPIES MAILED
TO COUNSEL OF RECORD ON _11/21/07_

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us