```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RICKY LAND,                         :
                                    :
                    Plaintiff,      :
                                    :   07 Civ. 8070(GEL)(THK)
            -against-               :
                                    :          ORDER
                                    :
D. KAUFMAN and M.J. MILLER,         :          Pro Se
                                    :
                                    :
                    Defendants.     :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a pretrial telephone conference shall be held on February 6, 2008 at 11:30 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Ricky Land, No. 01-A-4403, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss a plan and schedule for completion of pretrial discovery.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: January 7, 2008
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 1/7/08