USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
RICKY LAND,                               :
                                          :   07 Civ. 8070 (GEL)(THK)
                    Plaintiff,            :
                                          :         (Pro Se)
          -against-                       :
                                          :   Scheduling Order
                                          :
D. KAUFMAN and M.J. MILLER                :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case has been referred to this Court for general pretrial supervision. Having held a scheduling conference with the parties, it is hereby ORDERED:

1. All pre-trial discovery shall be completed by July 10, 2008.

2. All dispositive motions shall be submitted by August 11, 2008.

3. Any Response shall be submitted by September 22, 2008.

4. Any Reply shall be submitted by October 6, 2008.

5. If there are no dispositive motions, a Joint Pre-Trial Order shall be submitted by the parties, consistent with Judge Lynch's practices and orders, on or before August 11, 2008.

6. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot

1

COPIES MAILED
TO COUNSEL OF RECORD ON 2/7/08

be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

Plaintiff is reminded that he is obligated to keep the Court informed of his current mailing address.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　THEODORE H. KATZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2008
　　　　New York, New York

Copies Sent to:

Ricky Land
01-A-4403
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929

Donald Nowve, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271

2