USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY LAND,

                Plaintiff,

-against-

D. KAUFMAN and M.J. MILLER,

                Defendants

**ORDER GRANTING LEAVE
FOR THE TAKING OF THE
DEPOSITION OF THE
INCARCERATED PLAINTIFF**

07CV8070 (GEL (THK)
Pro Se

Upon the annexed affirmation of Donald Nowve, executed on February 11, 2008 and the notice of deposition attached thereto, it is hereby:

**ORDERED**, that, pursuant to Federal Rule of Civil Procedure 30(a), and upon the notice given by defendants to plaintiff, defendants may take the deposition of plaintiff/inmate Ricky Land, DIN 01-A-4403, at Sing Sing Correctional Facility or at any other correctional facility operated by the New York State Department of Correctional Services.

Dated: New York, New York
       February 13, 2008

_____
Hon. Theodore H. Katz
United States Magistrate Judge

COPIES MAILED
TO COUNSEL OF RECORD ON 2/13/08

## AFFIRMATION

LUCY LEVINE hereby affirms as follows:

That she is more than 18 years old and employed as a Legal Assistant in the office of ANDREW M. CUOMO, the Attorney General of the State of New York, Attorney for the defendant herein. On the 11th day of February, 2008, she caused the annexed Proposed Order, Notice to take Deposition and Declaration of Counselor to be served in a sealed, properly addressed envelope, with postage prepaid, by the United States Postal Service on the following persons at his present address:

>   Ricky Land, plaintiff pro se
>   DIN 01-A-4403
>   Clinton Correctional Facility
>   POB 2002
>   Dennemora, NY 12929

I hereby affirm under penalty of perjury that the foregoing is true and correct.

*Lucy Levine*
Lucy Levine