


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**MEMO ENDORSED**

ANDREW CUOMO
Attorney General

September 4, 2008

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Via Fax (212)805-7932
Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Land v Kaufman, et. al.
          07CV8070(GEL)(THK)
          Pro Se

Dear Judge Katz:

    This letter is written on behalf of defendants, New York State Corrections Officers David Kaufman and Michael J. Miller, employees of the New York State Department of Correctional Services ("DOCS"), respectfully to request a further extension of time from September 10, 2008 until September 26, 2008 to submit a dispositive motion. One previous request was made for such an extension. I did not obtain pro se plaintiff's consent prior to making this application because he is incarcerated.

    Depositions under a time deadline conducted in an inmate suicide case delayed review of plaintiff's deposition transcript prior to the start of my previously scheduled vacation on August 25th.

    If the above extension is granted, defendants suggest a concomitant enlargement of time until November 10th for submission of plaintiff's opposition papers and November 24th for submission of defendants' reply papers. These dates are consistent with the time intervals for submission of dispositive motions reflected in the scheduling order dated February 6, 2008.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212)416-8227

c: Ricky Land
   Plaintiff pro se

*[Handwritten endorsement:]* Defendants' motion shall be filed by September 26, 2008. Any response shall be filed by October 27, 2008. Any reply shall be filed by November 6, 2008.

**SO ORDERED**

*/s/ Theodore H. Katz*   9/4/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us